UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOISES SAMUEL DELGADO SANTOYA,

                Petitioner,

        v.

DEPARTMENT OF HOMELAND SECURITY, ET AL.,

                Respondents.

Case No. 5:26-cv-02233-KK-AYP

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

On May 19, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation denying Petitioner Moises Samuel Delgado Santoya's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition"). (Dkt. No. 18 ("R&R").)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the R&R of the Magistrate Judge, and Petitioner's Objections to the R&R (Dkt. No. 19).[1]

The Court has conducted a de novo review of those portions of the R&R to which Objections were directed. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.[2]

IT IS THEREFORE ORDERED as follows:

(1) the R&R is accepted and adopted in part;[3] and

(2) Judgment shall be entered denying the Petition.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's R&R, and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED: June 25, 2026

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

---

[1] The Court construes Petitioner's Motion filed on June 1, 2026 as his Objections to the R&R. (Dkt. No. 19.)

[2] The Court notes two errors regarding relevant dates in the R&R.  The Order denying Petitioner's Motion for Preliminary Injunction referenced on page 2 was issued May 11, 2026, not May 5, 2026.  Additionally, Respondents' Response referenced on page 4 was filed May 4, 2026, not May 5, 2026.  The Court adopts the Magistrate Judge's recitation of the procedural history with these modifications.

[3] In the R&R, the Magistrate Judge recommends requiring Respondents provide Petitioner and the Court "at least three (3) days notice prior to Petitioner being removed from this jurisdiction."  In light of the denial of the Petition, the Court declines to adopt this specific recommendation.