JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOISES SAMUEL DELGADO SANTOYA,

                Petitioner,

      v.

DEPARTMENT OF HOMELAND SECURITY, ET AL.,

                Respondents.

    ) Case No. 5:26-cv-02233-KK-AYP
    )
    )
    )
    ) JUDGMENT
    )
    )
    )
    )
    )
    )
    )

Pursuant to this Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED; and (2) the Clerk shall enter Judgment accordingly.

IT IS SO ADJUDGED.

DATED: June 25, 2026

_____
HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE